*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Whitehall Trust | ) | Case No. 25−15241−pmm |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 11 |
| | ) | |
| | ) | Civil Case Number. |

### Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

    ☑ Certificate of appeal from order entered and dated January 27, 2026 by the Honorable Patricia M. Mayer
Notice of appeal filing fee ☑ paid     ☐ not paid

    ☐ Designation of Record on Appeal Filed
    ☐ Designation of Record on Appeal Not Filed

    ☐ Supplemental certificate of appeal

    ☐ Motion for leave to appeal filed
    ☐ Answer to motion filed

    ☐ Proposed findings of fact and conclusions of law entered by the Honorable Patricia M. Mayer
    ☐ Report and recommendation entered by the Honorable Patricia M. Mayer
    ☐ Other

    Kindly acknowledge receipt on the copy of the letter provided.

Date: January 30, 2026                              For The Court

                                                                          Mohung Wong
                                                                          Clerk of Court

___

Received Above material or record tile this day: _____
Civil Action No. _____                 Signature: _____
Miscellaneous No._____             Date: _____
Assigned to Judge _____