# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>WHITEHALL TRUST,<br><br>   *Debtor.* | CIVIL ACTION<br><br>Case No. 5:26-cv-662 |

## PRAECIPE FOR ENTRY OF APPEARANCE

Kindly enter the appearance of Sara E. Smith, Esquire of the law firm Hangley Aronchick Segal Pudlin & Schiller, P.C., as co-counsel on behalf of Appellant Lehigh Valley 1, LLC in the above-captioned action.

Dated: February 5, 2026

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

By: */s/ Sara E. Smith*
 Sara E. Smith (Pa. No. 330261)
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
(215) 568-6200
ssmith@hangley.com

*Counsel for Secured Creditor Lehigh Valley 1, LLC*