## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | Civil Action No. 5:26-cv-00662-CH |
| Whitehall Trust, *et al.*,[1] : | |
| Debtors.   : | |
| : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Michelle V. Lee, Esq. of Dilworth Paxson, LLP on behalf of Debtors Whitehall Trust, Saucon Trust, Whitehall Manor, Inc. and Saucon Valley Manor, Inc. in the above captioned matter.

Dated: March 6, 2026
          /s/ Michelle V. Lee
**DILWORTH PAXSON LLP**
Michelle V. Lee
1650 Market Street
Suite 1200
Philadelphia, PA 19103
Telephone: (215) 575-7000
Fax: (215) 575-7200
*Counsel for Whitehall Trust, Saucon Trust, Whitehall Manor, Inc. and Saucon Valley Manor, Inc.*

---

[1] The Debtors in the Chapter 11 Cases are (i) Whitehall Trust; (ii) Saucon Trust; (iii) Whitehall Manor, Inc. (5606); and (iv) Saucon Valley Manor, Inc. (2894).

#125488063v1

## CERTIFICATE OF SERVICE

I, Michelle V. Lee, hereby certify that on March 6, 2026, a true and correct copy of the foregoing Entry of Appearance was filed electronically through this Court's ECF system.

**DILWORTH PAXSON LLP**

Dated:  March 6, 2026

By: */s/ Michelle V. Lee*
Michelle V. Lee, Esq.

#125488063v1