IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>**WHITEHALL TRUST, et al.,** | CIVIL ACTION<br><br>NO.   5:26-cv-00662-CH |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

    Kindly enter the appearance of Phillip D. Berger, Esquire of the Berger Law Group, P.C., as co-counsel on behalf of Appellant Lehigh Valley 1 LLC ("LV1") in the above captioned matter.

                                                Respectfully submitted,
                                                BERGER LAW GROUP, P.C.

                  By:   *Phillip D. Berger*
                                                PHILLIP D. BERGER, ESQUIRE
                                                919 Conestoga Road, Building 3, Suite 114
                                                Bryn Mawr, PA 19010
                                                (610) 668-0774
                                                Berger@BergerLawPC.com
                                                Counsel for Appellant Lehigh Valley 1 LLC

Dated:  3/13/26

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

**LEHIGH VALLEY 1 LLC, successor by assignment to WINDSTREAM CAPITAL LLC, successor by assignment to the UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT, successor by assignment to M&T REALTY CAPITAL CORPORATION**

                    Plaintiff,

  v.

**SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007**

                    Defendant.

CIVIL ACTION

NO.  5:24-cv-02709-JFL

---

## **ORDER**

NOW, this ____ day of _____, 2024, upon consideration of the Defendant's Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) or in the Alternative Fed. R. Civ. P. 12(b)(6), and Plaintiff Lehigh Valley 1 LLC's Opposition thereto, it is ORDERED that the Defendant's motion is DENIED in its ENTIRETY.

IT IS FURTHER ORDERED that Defendant shall file an Answer to Plaintiff's First Amended Complaint within _____ days of the entry of this Order.

BY THE COURT:


_____
Honorable Joseph F. Leeson, Jr.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEHIGH VALLEY 1 LLC, successor by assignment to WINDSTREAM CAPITAL LLC, successor by assignment to the UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT, successor by assignment to M&T REALTY CAPITAL CORPORATION**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007**<br><br>　　　　　　　　　　Defendant. | CIVIL ACTION<br><br>NO.　5:24-cv-02709-JFL |

## CERTIFICATE OF SERVICE

I, Phillip D. Berger, Esquire, hereby certify that a true and correct copy of the forgoing was served on all parties on this date via the Court's ECF filing system.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　BERGER LAW GROUP, P.C.

Date:_____　　　　　By:　_____
　　　　　　　　　　　　　　　　　　　PHILLIP D. BERGER, ESQUIRE
　　　　　　　　　　　　　　　　　　　919 Conestoga Road, Building 3, Suite 114
　　　　　　　　　　　　　　　　　　　Bryn Mawr, PA 19010
　　　　　　　　　　　　　　　　　　　(610) 668-0774
　　　　　　　　　　　　　　　　　　　Berger@BergerLawPC.com
　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff