IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>**WHITEHALL TRUST, et al.,** | CIVIL ACTION<br><br>NO.   5:26-cv-00662-CH |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

    Kindly enter the appearance of Phillip D. Berger, Esquire of the Berger Law Group, P.C., as co-counsel on behalf of Appellant Lehigh Valley 1 LLC ("LV1") in the above captioned matter.

                                              Respectfully submitted,
                                              BERGER LAW GROUP, P.C.

                            By:   *Phillip D. Berger*
                                   PHILLIP D. BERGER, ESQUIRE
                                   919 Conestoga Road, Building 3, Suite 114
                                   Bryn Mawr, PA 19010
                                   (610) 668-0774
                                   Berger@BergerLawPC.com
                                   Counsel for Appellant Lehigh Valley 1 LLC

Dated:  3/13/26