### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :      Civil Action No. 26-662
WHITEHALL TRUST,                                    :
      Debtor.                                       :
                                                    :
                                                    :
                                                    :
LEHIGH VALLEY 1, LLC, Appellant                     :

### ORDER

**AND NOW**, this 18th day of May 2026, upon review of the parties' briefs in this matter together with a review of the record from the bankruptcy proceedings, and after oral argument being held, it is hereby **ORDERED** as follows:

1. The January 27, 2026, Order of the Bankruptcy Court permitting joint representation of all Debtors pursuant to Section 327 of the Bankruptcy Code is **VACATED**.

2. The Trust Debtors and the Manor Debtors shall obtain separate counsel in the bankruptcy proceedings.

3. This matter shall be **CLOSED.**

BY THE COURT:

*/s/ Catherine Henry*

**CATHERINE HENRY, J.**